## The Complaint!

Inclosed is what was written out of the; "The Adept chamber of the moorish Science Temple of america; 3rd. Heaven;" lessons 1¢, & 4¢ of our holy Koran of the M.S.T. of a.m. Chapter 4¢ is explaining what Chapter 1¢ are saying.

The first church in those days crucified me when I was Jesus, the Prophet of Allah.

Now, I'm filing against these Christian ministers here at P.C.C. I beleive that these christian ministers are trying it for the second time. I reincarnated myself into mohammed the prophet in order to save myself in these days.

I'm also filing this suit, against their "kairos christian" group here. I have to use the court in order to "really protect myself." Thank You!

King Solomon Jesus Seals-Ali.

"The Adept Chamber of the Moorish Science Temple of America; 3rd. Heaven.

"The Holy Koran of the Moorish Science Temple of America; The Circle 7, and or "The Seven Seals"; 3rd. Heaven.

Page 3.

Know Thyself and My Father God Allah.

The genealogy of Jesus with eighteen (eighteen) years of the events, life works and teachings in India, Europe and Africa. These events occurred before He was thirty years of age. These secret lessons are for all of those who love Jesus and desire to know about His life works and teachings.

Dear readers, do not falsely use these lessons. They are for good, peace and happiness for all those that love Jesus.

Dear mothers, teach these lessons to your little ones, that they may learn to love instead of hate.

Dear fathers, by these lessons
→ next page →

cont.

you can set your house in order and your children will learn to love instead of to hate.

The lessons of this pamphlet are not for sale, but for the sake of humanity, as I am a prophet and the servant is worthy of his hire, you can receive this pamphlet at expense.

The reason these lessons have not been known is because the Moslems of India, Egypt and Palestine had these secrets and kept them back from the outside world, and when the time appointed by Allah they loosened the keys and freed these secrets, and for the first time in ages have these secrets been delivered in the hands of the Moslems of America. All authority and rights of publishing of this pamphlet of 1927.

By The Prophet
Noble Drew Ali.

"The Adept Chamber of the Moorish Science Temple of America; 3rd. Heaven.

"The Holy Koran of the Moorish Science Temple of America; The Circle 7, and or 7 Seals.

Chapter XV.1

Pilate's Final Effort to Release Jesus Fails — He Washes His Hands in Feigned Innocence — Delivers Jesus to the Jews for Execution — "The Soldiers Drive Him to Calvary

1. A superstitious people are the Jews. They have a faith that they have borrowed from the idol worshippers of other lands, that at the end of every year.

2. They may heap all their sins upon the head of some man set apart to bear their sins.

3. The man becomes a scapegoat for the multitudes; and they believe that when they drive him forth into the wilds, or into foreign lands they are released from sin.

4. So every spring before the feast they chose a prisoner from the prisons of the land, and by a form of their own,

next page →

cont.

they fair would make him bear their sins away.

5. Among the Jewish prisoners in Jerusalem were three who were the leaders of a vile, seditious band, who had engaged in thefts and murders and rapine, and had been sentenced to be crucified.

6. Barabbas and Jozia were among the men who were to die, but Barabbas was rich and had bought off priests the boon to be the scapegoat for the people at the coming feast, and he was anxiously in waiting for his hour to come.

7. Now, Pilate thought to turn this superstition to account to save the Lord Jesus, and so he went before the Jews and said:

8. "You men of Israel, according to my custom, I will release to you today a prisoner who shall bear your sins away.

9. "This man you drive into the wilds or in foreign lands, and you have asked me to release Barabbas, who has been proven guilty of the murder of a score of men."

next page →

Cont.

10. Now hear me men. Let Jesus be released and let Barabbas pay his debt upon the cross; then you can send this Jesus to the wilds and hear no more of him."

11. At what the Ruler said the people were enraged, and they began to plot to tear the Roman palace down and drive in exile Pilate and his household and his guards.

12. When Pilate was assured that civil war would follow if he heeded not to the wishes of the mob, he took a bowl of water and in the presence of the multitude he washed his hands and said:

13. "This man whom you accuse is Son of the Most High Allah, and I proclaim my innocence.

14. "If you would shed his blood, His blood is on your hands and not mine."

15. And then the Jews exclaimed: "and let his blood be on our hands and on our children's hands."

next page →

Cont.

16. And Pilate trembled like a leaf, in fear. Barabbas he released, and as the Lord stood forth before the mob, the ruler said: "Behold your king! And would you put to death your King?"

17. The Jews replied: "He is no King; we have no King but Great Tiberius."

18. Now, Pilate could not give consent that Roman soldiers should imbrue their hands in blood of innocence and so the chief priests and the Pharisees took council what to do with Jesus.

19. Caiaphas has said: "We cannot crucify this man. He must be stoned to death and nothing more."

20. And then the rabble said: "Make haste! Let him be stoned." And then they led Him forth toward the hill beyond the city's gates where criminals were put to death.

21. The rabble could not wait until they reached the place of skulls.

next page →

cont.

As soon as they had passed the city's gates, they rushed upon Him, smote Him with their hands, they spit upon Him, stoned Him and He fell upon on the ground.

22. And one, a man of Allah, stood forth and said: "Isaiah said, He shall be bruised for our transgressions and by his stripes we shall be healed."

23. As Jesus laid all bruised and mangled on the ground, a High Priest called out "Stay, stay, you men! Behold the guards of Herod come and they will crucify this man."

24. And there beside the city's gates they found Barabbas' cross, and then the frenzied mob cried out, "Let Him be crucified."

25. Caiaphas and the other ruling Jews came forth and gave consent.

26. And they lifted Jesus from the ground, and at the point of swords they drove Him on.

next page →

Cont.

27. A man named Simon, from Cyrene, a friend of Jesus, was near the scene, and since the bruised and wounded Jesus could not bear His cross, they laid it on the shoulders of this man, and made him bear it to Calvary.

The Adept Chamber of The Moorish Science Temple of America; 3rd. Heaven.

The Holy Koran of The Moorish Science Temple of America;
The Circle 7, and or 7 Seals.

Chapter XLVI (46)
The Beginning of Christianity

1. The foundation of christianity began in Rome. The Roman nations founded the first church, of whom crucified Jesus of Nazareth for seeking to redeem His people from under the Roman yoke and law.

2. Jesus himself was of the true blood of the ancient Canaanites and Moabites and the inhabitants of Africa.

3. Seeking to redeem His people in those days from the pressure of the pale skin nations of Europe, Rome crucified Him according to their law.

4. Then Europe had peace for a long time until Mohammed the First came upon the scene and fulfilled the works of Jesus of Nazareth.
Cont. next Page →

Cont.

5. The holy teaching of Jesus was to the common people, to redeem them from under the great pressure of the hands of the unjust. That the rulers and the rich would not oppress the poor. Also that the lion and the lamb may lay down together and neither would be harmed when morning came.

6. These teachings were not accepted by the rulers, neither by the rich, because they loved the principles of the ten commandments.

7. Through the ten commandments the rulers and the rich live, while the poor suffer and die.

8. The lamb is the poor people, the lion is the rulers and the rich, and through love, Truth, Freedom and Justice all men are one and equal to seek their own destiny; and to worship under their own vine and fig tree. After the principles of the holy and divine laws of their forefathers.

9. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained

cont. next page →

Cont. with verse 9.

in these days and it is through Love, Truth, peace, Freedom and Justice being taught universally to all nations, in all lands!